**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kent L. Mehrkens,

Plaintiff,

vs.

Wells Fargo,

Defendant.

Court File No. 00-CV-400 ~~DWF/AJB~~ PAM/JGL

**STIPULATION AND ORDER REGARDING MDHR RECORDS**

---

**STIPULATION**

WHEREAS, the parties hereto wish to obtain copies of the investigative file, case # 33139, with the Minnesota Department of Human Rights;

WHEREAS, the Department of Human Rights does not contest production of said investigative file pursuant to the attached Order;

THEREFORE, the parties hereto agree that the following Order may be entered without the necessity of a hearing or upon further notice.

Dated: 15 / April, 2000

Kent L. Mehrkens, plaintiff *pro se*
5701 Washburn Avenue South
Minneapolis, MN 55410
Phone: (612) 924-5287

FILED 4-28-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 4-24 2000

FLYNN & GASKINS, L.L.P.

Barbara J. D'Aquila, #2112X
Patrick R. Martin, #259445
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
*Attorneys for Defendant*

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED:

That the Minnesota Department of Human Rights shall provide counsel for the parties with copies of the Department's investigative case file # 33139 in this matter at a copy fee of $.30 per page to be paid to the Department by defendant. This Order specifically allows the Department of Human Rights to withhold from the parties and their counsel any internal memoranda of a procedural nature which do not contain factual information pertaining to the issues underlying the claims of discrimination. The Department may also withhold communication between members of the Attorney General's office and charging parties which is protected by attorney-client privilege (Minn. Stat. § 363.121), communication between the Department and the Attorney General's office in which the Attorney General's office is acting as the Department's attorney, and any information concerning settlement negotiations (Minn. Stat. § 363.061, subd. 2(c)).

The Minnesota Department of Human Rights' file shall be produced within fifteen (15) days from the date of this Order.

DATED: April 27, 2000

BY THE COURT:

JONATHAN LEBEDOFF
United States Magistrate Judge