UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KENT LARRY MEHRKENS,

Plaintiff,

v. CIVIL NO. 00-349 (PAM/JGL)

INTERIM PERSONNEL, INC.,

Defendant.

---

KENT LARRY MEHRKENS,

Plaintiff,

v. CIVIL NO. 00-400 (PAM/JGL)

WELLS FARGO,

Defendant.

**REPORT AND RECOMMENDATION**

Based upon the plaintiff's submission to the Court (Document No. unknown) which states he is "terminating" both of the above-referenced law suits, IT IS HEREBY RECOMMENDED that the above-captioned matters be **DISMISSED**.

Dated: 5/23/00

JONATHAN LEBEDOFF
United States Magistrate Judge

Under D.Minn. LR72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by June 12, 2000, a writing which specifically identifies those portions of this report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the court of appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.

Filed 5-23-00
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________