**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kent L. Mehrkens,

Plaintiff,

vs.

Wells Fargo,

Defendant.

Court File No. 00-CV-400 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED,** by and between plaintiff Kent L. Mehrkens and defendant, that the above-captioned action may be and is dismissed with prejudice and on the merits without costs, disbursements, interest, or attorneys' fees to any of the parties.

Dated: 5/MAY, 2000

Kent L. Mehrkens

Dated: 5-24, 2000

**FLYNN & GASKINS, L.L.P.**

Patrick R. Martin, #259445
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
Attorney for Defendant

FILED MAY 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 30 2000
DEPUTY CLERK

## ORDER

**IT IS HEREBY ORDERED**, consistent with the stipulation reached above, that the above-entitled action is hereby dismissed with prejudice and on the merits without costs, disbursements, interest, or attorneys fees to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

DATED: May 30, 2000

The Honorable Paul A. Magnuson
Chief Judge, District of Minnesota